871 P.2d 795

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Stricker v. Tanaka | 16634 | 01/05/94 | Affirmed |
| Valiyi v. Diamond Int'l Real Estate | 15099 | 01/07/94 | Affirmed |
| Almeida v. Tanaka | 16249 | 01/14/94 | Affirmed |
| Ellis v. Tanaka | 16320 | 01/14/94 | Affirmed |
| Sylva v. Tanaka | 16832 | 01/19/94 | Dismissed |
| Kaneshiro v. Tanaka | 16047 | 01/19/94 | Affirmed |
| State v. Christie | 16795 | 01/19/94 | Vacated and Remanded |
| Endows Service, Inc. v. Chevron Corp. | 16813 | 01/20/94 | Affirmed |
| Jacobi v. Board of Directors of the Ass'n of Apartment Owners of Marco Polo Condominium | 16148 | 01/21/94 | Affirmed |

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Kawamoto v. Okata | 15903 | 2/3/94 | Denied | 868 P.2d 1183 |
| Richardson v. City and County of Honolulu | 16457 | 3/7/94 | Denied | 868 P.2d 1193 |
| S. Utsunomiya Enterprises, Inc. v. Moomuku Country Club | 16751 | 2/3/94 | Denied | 866 P.2d 951 |

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| State v. Elliott | 16343 | 1/31/94 | Granted | —— P.2d —— |
| State v. Kupau | 15885 | 2/22/94 | Granted | 879 P.2d 559 |
| State v. Pone | 16081 | 2/4/94 | Granted | —— P.2d —— |